# NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA07-742

TOWN OF PORT BARRE

VERSUS

EUGENE SOILEAU

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 06-7299-T
HONORABLE DONALD W. HEBERT

**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and J. David Painter, Judges.

APPEAL DISMISSED.

Hon. Earl J. Taylor
District Attorney
P. O. Drawer 1968
Opelousas, LA 70571
(337) 948-3041
COUNSEL FOR APPELLEE:
    State of Louisiana

Mr. Eugene K. Soileau
P. O. Box 753
Port Barre, LA 70577
(337) 585-0618
COUNSEL FOR APPELLANT:
    Eugene Soileau

Mr. Patrick Craig Morrow
Morrow, Morrow, Ryan & Bassett
P. O. Drawer 1787
324 West Landry Street
Opelousas, LA 70571
(337) 948-4483
COUNSEL FOR PLAINTIFF
    Town of Port Barre

**Cooks, Judge.**

On April 23, 2007, Defendant-Appellant, Eugene K. Soileau, was found guilty of improper display of license plate.  He was sentenced to pay a fine of $25.00 plus court cost or serve one day in the parish jail.

The Defendant filed a "Motion for Appeal" on April 24, 2007, which was granted on the same day.  On June 18, 2007, this court issued a rule to show cause why the appeal in this case should not be dismissed as the judgment at issue is not appealable. In response to the rule to show cause, the Defendant submitted a supervisory writ application to this court, apparently acknowledging that the appropriate procedural vehicle for seeking review of his misdemeanor conviction is an application for supervisory writs.

Accordingly, the appeal in this case is hereby dismissed.

**APPEAL DISMISSED.**

1